# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                    **CASE NO.**   19-CR-10125-01-02-JWB

**SHAIQUILLE HARRIS, and**
**BRELEN VONFANGE,**

      **Defendants.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

At all times material to this Indictment, the following businesses were engaged in the wholesale purchase, distribution and retail sale of products in interstate commerce and an industry which affects interstate commerce:

1. Kwik Shop, 710 W. 29th Wichita, Kansas;

2. Kwik Shop, 3959 S. Hydraulic, Wichita, Kansas;

3. Kwik Shop, 3601 E 47th South, Wichita, Kansas; and

4. QuikTrip, 2821 E. 31st Street South, Wichita, Kansas.

**Kwik Shop** is a chain of convenience stores and gas stations headquartered in Hutchinson, Kansas and located through Kansas, Nebraska, and Iowa. **Kwik Shop** is owned by British-based EG Group. The EG Group has retail sites across the United States and Europe, including the UK, France, the Netherlands, Belgium, Luxembourg and Italy and Germany.

**The QuikTrip Corporation**, more commonly known as QuikTrip, is a chain of convenience stores based in Tulsa, Oklahoma that primarily operates in the Midwestern, Southern, and Southeastern United States as well as in Arizona.

### COUNT 1

### OBSTRUCT, DELAY AND AFFECT COMMERCE AND THE MOVEMENT OF ANY ARTICLE OR COMMODITY IN COMMERCE BY ROBBERY (18 U.S.C. § 1951 and § 2)

On or about December 15, 2018, in the District of Kansas, the defendants,

**SHAIQUILLE HARRIS, and
BRELEN VONFANGE,**

did, in any way or degree unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain personal property namely, approximately $265.00 in United States Currency from the person and presence of owners, operators and employees of the Kwik Shop, 710 W. 29th, Wichita, Kansas, against their will by means of actual and

2

threatened force, violence and fear of injury immediate or future, to their person or property, and to property in their custody and possession.

In violation of Title 18, United States Code, § 1951(a) and § 2.

## COUNT 2

### CARRYING, USING AND BRANDISHING A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE
### (18 U.S.C. § 924(c)(1)(A)(ii) § 2)

On or about December 15, 2018, in the District of Kansas, the defendants,

**SHAIQUILLE HARRIS, and
BRELEN VONFANGE,**

did knowingly carry, use and brandish a firearm, that is, a revolver, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, the robbery of the Kwik Shop set out in Count 1 above.

In violation of Title 18, United States Code, § 924(c)(1)(A)(ii) and § 2.

## COUNT 3

### OBSTRUCT, DELAY AND AFFECT COMMERCE AND THE MOVEMENT OF ANY ARTICLE OR COMMODITY IN COMMERCE BY ROBBERY
### (18 U.S.C. § 1951 and § 2)

On or about December 15, 2018, in the District of Kansas, the defendants,

**SHAIQUILLE HARRIS, and
BRELEN VONFANGE,**

did, in any way or degree unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section

1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain personal property namely, approximately $150.00 in United States Currency from the person and presence of owners, operators and employees of the Kwik Shop, 3959 S. Hydraulic, Wichita, Kansas, against their will by means of actual and threatened force, violence and fear of injury immediate or future, to their person or property, and to property in their custody and possession.

In violation of Title 18, United States Code, § 1951(a) and § 2.

## COUNT 4

### CARRYING, USING AND BRANDISHING A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE
### (18 U.S.C. § 924(c)(1)(A)(ii) and § 2)

On or about December 15, 2018, in the District of Kansas, the defendants,

**SHAIQUILLE HARRIS, and
BRELEN VONFANGE,**

did knowingly carry, use and brandish a firearm, that is, a revolver, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, the robbery of the Kwik Shop set out in Count 3 above.

In violation of Title 18, United States Code, § 924(c)(1)(A)(ii) and § 2.

## COUNT 5

### OBSTRUCT, DELAY AND AFFECT COMMERCE
### AND THE MOVEMENT OF ANY ARTICLE OR COMMODITY
### IN COMMERCE BY ROBBERY
### (18 U.S.C. § 1951 and § 2)

On or about December 15, 2018, in the District of Kansas, the defendants,

**SHAIQUILLE HARRIS, and**
**BRELEN VONFANGE,**

did, in any way or degree unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain personal property namely, approximately $226.00 in United States Currency from the person and presence of owners, operators and employees of the Kwik Shop, 3601 E. 47th South, Wichita, Kansas, against their will by means of actual and threatened force, violence and fear of injury immediate or future, to their person or property, and to property in their custody and possession.

In violation of Title 18, United States Code, § 1951(a) and § 2.

## COUNT 6

### CARRYING, USING AND BRANDISHING A FIREARM
### DURING AND IN RELATION TO A CRIME OF VIOLENCE
### (18 U.S.C. § 924(c)(1)(A)(ii) and § 2)

On or about December 15, 2018, in the District of Kansas, the defendants,

**SHAIQUILLE HARRIS, and**
**BRELEN VONFANGE,**

did knowingly carry, use and brandish a firearm, that is, a revolver, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, the robbery of the Kwik Shop set out in Count 5 above.

In violation of Title 18, United States Code, § 924(c)(1)(A)(ii) and § 2.

## COUNT 7

### OBSTRUCT, DELAY AND AFFECT COMMERCE
### AND THE MOVEMENT OF ANY ARTICLE OR COMMODITY
### IN COMMERCE BY ROBBERY
### (18 U.S.C. § 1951 and § 2)

On or about December 15, 2018, in the District of Kansas, the defendants,

**SHAIQUILLE HARRIS, and
BRELEN VONFANGE,**

did, in any way or degree unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain personal property namely, approximately $209.00 in United States Currency from the person and presence of owners, operators and employees of the QuikTrip, 2821 E. 31st Street South, Wichita, Kansas, against their will by means of actual and threatened force, violence and fear of injury immediate or future, to their person or property, and to property in their custody and possession.

In violation of Title 18, United States Code, § 1951(a) and § 2.

## COUNT 8

### CARRYING, USING AND BRANDISHING A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE
### 18 U.S.C. § 924(c)(1)(A)(ii) § 2

On or about December 15, 2018, in the District of Kansas, the defendants,

**SHAIQUILLE HARRIS, and
BRELEN VONFANGE,**

did knowingly carry, use and brandish a firearm, that is, a revolver, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, the robbery of the QuikTrip set out in Count 7 above.

In violation of Title 18, United States Code, § 924(c)(1)(A)(ii) and § 2.

## COUNT 9

### CONSPIRACY TO CARRY, USE AND BRANDISH A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE
### (18 U.S.C. § 924(o))

On or about December 15, 2018, in the District of Kansas, the defendants,

**SHAIQUILLE HARRIS, and
BRELEN VONFANGE,**

did knowingly conspire to commit an offense under subsection (c) of Title 18, United States Code, § 924(c); that is the carrying, using and brandish a firearm, that is, a revolver, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, the robbery of the Kwik Shops and Quik Trips set out in Counts 1, 3, 5 and 7 above.

In violation of Title 18, United States Code, § 924(o).

7

## COUNT 10

### POSSESSION OF A FIREARM AND AMMUNITION
### BY A PROHIBITED PERSON
### (18 U.S.C. § 922(g)(1) and § 924(a)(2))

On or about December 20, 2018, in the District of Kansas, the defendant,

### SHAIQUILLE HARRIS,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly possess any firearm and ammunition in and affecting commerce, said firearm and ammunition having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### FORFEITURE ALLEGATION

1.   The allegations contained in Count 10 of the Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.   Upon conviction of the offense identified in Count 10, the defendant,

### SHAIQUILLE HARRIS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm involved the commission of the offenses, including, but not limited to:

- one CANIK, model TP9, 9mm x 19 caliber semi-automatic pistol., serial number 16AT18754, with importer markings of Made in Turkey, Century Arms Inc., Geroria, VT.; and

- 9mm ammunition cartridges, MAXXTech, Aguila and Blazer brands;
- .38 ammunition cartridges, Perfecta and R-P brands.

A TRUE BILL.

September 4, 2019  
DATE

s/Foreperson  
FOREPERSON OF THE GRAND JURY

s/Stephen R. McAllister  
STEPHEN R. McALLISTER,  
Ks. S. Ct. No. 15845  
United States Attorney  
District of Kansas  
1200 Epic Center, 301 N. Main  
Wichita, Kansas 67202  
(316) 269-6481  
Stephen.mcallister@usdoj.gov

**It is requested that the trial be held in Wichita, KS**